**STATE of Missouri, Respondent,**

v.

**James L. CROOKS, Appellant.**

**No. WD 51531.**

Missouri Court of Appeals, Western District.

Aug. 27, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1996.

Application to Transfer Denied Nov. 19, 1996.

James R. Wyrsch, Michael P. Joyce, Wyrsch, Atwell, Marakian, Lee and Hobbs, P.C., Kansas City, for appellant,

Richard G. Callahan, Pros. Atty., William Tackett, Asst. Pros. Atty., Cole County, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and SPINDEN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM:

James L. Crooks appeals his conviction of the class A misdemeanor of attempt to commit the offense of sexual abuse in the first degree in violation of section 564.011, RSMo 1994.

The judgment is affirmed. Rule 30.25(b).